E.D.N.Y.—Bklyn
14-cv-3422
Chen, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of September, two thousand sixteen.

Present:

    Dennis Jacobs,
    Barrington D. Parker,
    Debra Ann Livingston,
        *Circuit Judges.*

Dennis Ramos, et al.,

    *Petitioners-Cross-Respondents*,

    v.                                                         16-1542 (L),
                                                                    16-2438 (Con)

Telgian Corporation, et al.,

    *Respondent-Cross-Petitioners*.

Petitioners-Cross-Respondents petition, pursuant to 28 U.S.C. § 1292(b), for leave to appeal the district court's order denying summary judgment. Respondent-Cross-Petitioners oppose the petition and cross-move to certify additional questions of law for interlocutory review. Upon due consideration, it is hereby ORDERED that the petition is DENIED and the cross-motion is DENIED as moot. *Cf. Klinghoffer v. S.N.C. Achille Lauro Ed Altri-Gestione Motonave Achille Lauro in Amministrazione Straordinaria*, 921 F.2d 21, 23-25 (2d Cir. 1990).

                                          FOR THE COURT:
                                          Catherine O'Hagan Wolfe, Clerk

